USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :
ALEXIS BENJAMIN BONILLA VELASQUEZ,   :
                                                        :
                                   Petitioner,   :          1:25-cv-10319-GHW
                                                        :
                    -v -                             :              ORDER
                                                        :
KRISTI NOEM, *in her official capacity as Secretary for*   :
*the United States Department of Homeland Security, et al.,* :
                                                        :
                                   Respondents :
                                                        :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 12, 2025, Alexis Benjamin Bonilla Velasquez filed a petition for writ of

habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  Respondents' opposition is due no later

than February 12, 2026.  Petitioner's reply, if any, is due four weeks after the date of service of

Respondents' opposition.

SO ORDERED.

Dated:  December 15, 2025
New York, New York                                  _____
                                                              GREGORY N. WOODS
                                                           United States District Judge