**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEXIS BENJAMIN BONILLA VELASQUEZ,

                        Petitioner,                  25 **CIVIL** 10319 (GHW)

        -against-                           **JUDGMENT**

KRISTI NOEM, Secretary, United States
Department of Homeland Security, et al.,

                        Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 5, 2026, Mr. Velasquez's

petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**DATED:**  New York, New York
          March 8, 2026

                                  **TAMMI M. HELLWIG**

                              _____
                                 **Clerk of Court**

                **BY:**          K. mango

                              _____
                                **Deputy Clerk**